# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALAN PRENTISS,

    Plaintiff(s),

v.

THOR MOTOR COACH, INC., et al.,

    Defendant(s).

Case No.: 2:18-cv-01628-MMD-NJK

**Order**

[Docket No. 44]

Plaintiff filed a notice of initial disclosures. Docket No. 44. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: December 19, 2018

                                                     Nancy J. Koppe
                                                     United States Magistrate Judge