John D. Sear, Esq. (*Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
150 South 5th Street, Ste. 3000
Minneapolis, Minnesota 55402
Telephone: (612) 339-8682
Facsimile: (612) 672-3200
Email: john.sear@bowmanandbrooke.com

Nicole E. Lovelock, Esq.
Nevada State Bar No. 11187
Justin C. Jones, Esq.
Nevada State Bar No. 8519
**JONES LOVELOCK**
400 S. 4th St., Ste. 500
Las Vegas, Nevada 89101
Telephone: (702) 805-8450
Facsimile: (702) 805-8451
Email: nlovelock@joneslovelock.com
Email: jjones@joneslovelock.com

*Attorneys for Defendants Thor Motor Coach, Inc.; CWI, Inc.; Wheeler RV Las Vegas, LLC d/b/a Camping World RV Sales*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALAN PRENTISS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THOR MOTOR COACH, INC., a Foreign Corporation; CAMPING WORLD, INC., a Foreign Corporation; WHEELER RV LAS VEGAS, LLC d/b/a CAMPING WORLD RV SALES, a Foreign Corporation; DOES I-V, and ROE CORPORATIONS VI-X; inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01628-MMD-NJK<br><br>**STIPULATION FOR PROTECTIVE ORDER REGARDING CONFIDENTIAL DOCUMENTS** |

The parties hereby stipulate and agree as follows:

WHEREAS, the parties, by and through their attorneys, have requested the inspection, copying, and/or production of certain documents and materials containing proprietary and competitively-sensitive business information constituting confidential commercial

20446164v1

information covered by Fed. R. Civ. P. 26(c)(1)(G); and

WHEREAS, Thor Motor Coach, Inc. (TMC) requires that the confidentiality of the documents and/or materials, and the information contained in the documents and materials, be maintained; and

WHEREAS, the parties and their attorneys have agreed to comply with the letter and intent of that confidentiality:

IT IS HEREBY STIPULATED THAT:

The parties and their attorneys shall not give, show, or otherwise directly or indirectly disclose any such documents and/or materials identified as "Confidential," or the substance thereof, or any copies, prints, negatives, or summaries thereof, to any entity or person except the parties and their attorneys and any agents, experts, consultants, other persons employed by the parties, witnesses, potential witnesses, court reporters or court personnel in connection with and solely for this action. Any person retaining the documents and/or materials identified as "Confidential" shall review the Protective Order entered pursuant to this Stipulation, agree to abide by the Protective Order, and acknowledge in writing his or her agreement to abide by the Protective Order.

Within 14 days after the conclusion of this litigation by settlement, judgment, appeal, or otherwise, the parties and their attorneys shall, upon written request by TMC, either (1) return to TMC, all documents and copies of all documents identified as "Confidential"; or (2) destroy all documents and copies of all documents identified as "Confidential" and certify in writing that destruction.

To be deemed "Confidential," the documents and/or materials must be so marked by TMC, or specified in the record.

/ / /

2

20446164v1

The Court may amend this order as is appropriate.

~~This Order shall not be amended except on prior written notice to counsel.~~

IT IS SO STIPULATED.

DATED this 26th day of March 2019.

/s/    Shalev Amar, Esq.
Shalev Amar, Esq. (Pro Hac Vice)
**AMAR LAW GROUP PLLC**
40 W. Baseline Road, Suite 208
Tempe, Arizona 85283

Craig W. Drummond, Esq. (11109)
Liberty A. Ringor, Esq. (14417)
**DRUMMOND LAW FIRM**
810 Casino Center Blvd, Ste 101
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

DATED this 26th day of March 2019.

/s/    John D. Sear, Esq.
John D. Sear, Esq. (*Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
150 South 5th Street, Ste. 3000
Minneapolis, Minnesota 55402

Nicole E. Lovelock, Esq. (11187)
Justin C. Jones, Esq. (8519)
**JONES LOVELOCK**
400 S. 4th St., Ste. 500
Las Vegas, Nevada 89101

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
United States Magistrate Judge
DATED: March 27, 2019

20446164v1